Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Guadalupe Gomez,<br><br>Plaintiff,<br><br>vs.<br><br>Benjamin Banos and Luz Yoguez, husband and wife, d/b/a Tacos California,<br><br>Defendants. | No. CV 18-02105-PHX-DLR<br><br>**NOTICE OF APPEARANCE** |

　　Defendants hereby gives notice that they have retained Stephen Montoya to serve as counsel of record in this matter.  All future filings in this matter should also be directed to Mr. Montoya at the address set forth above.

　　　　　　Respectfully submitted this 6th day of May 2019.

　　　　　　**MONTOYA, LUCERO & PASTOR, P.A.**

　　　　　　_/s/ Stephen Montoya_
　　　　　　Stephen Montoya
　　　　　　3200 North Central Avenue, Suite 2550
　　　　　　Phoenix, Arizona 85012
　　　　　　Attorney for Defendants

I hereby certify that on May 6, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrant:

Joseph A. Velez
Attorney at Law
7272 East Indian School Road, Suite 111
Scottsdale, Arizona 85251
Attorney for Plaintiff

*/s/ Stephen Montoya*